```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 14792
   ELDRIDGE ANDERSON III
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3386

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/10/2006 and was confirmed 01/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/18/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID            PAID
------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00           .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE     621.00           .00          621.00
PIERCE & ASSOCIATES      NOTICE ONLY   NOT FILED           .00             .00
BALLYS TOTAL FITNESS     UNSEC W/INTER NOT FILED           .00             .00
CITY OF COUNTRY CLUB HIL UNSEC W/INTER NOT FILED           .00             .00
AT&T BROADBAND           UNSEC W/INTER NOT FILED           .00             .00
SUBURBAN EMERGENCY PHYSI UNSEC W/INTER NOT FILED           .00             .00
FIRST SELECT CORPORATION NOTICE ONLY   NOT FILED           .00             .00
RADIOLOGY CENTER         UNSEC W/INTER NOT FILED           .00             .00
MRSI                     UNSEC W/INTER NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS    NOTICE ONLY   NOT FILED           .00             .00
NICOR GAS                UNSEC W/INTER    2535.61        103.37          195.12
COUNTRY CLUB HILLS       UNSEC W/INTER NOT FILED           .00             .00
COUNTRY CLUB HILLS       UNSEC W/INTER NOT FILED           .00             .00
COUNTRY CLUB HILLS       UNSEC W/INTER    1250.00         70.81           96.20
COUNTRY CLUB HILLS       UNSEC W/INTER NOT FILED           .00             .00
LEGAL HELPERS PC         DEBTOR ATTY    2,200.00                        2,200.00
TOM VAUGHN               TRUSTEE                                          213.50
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,500.00

PRIORITY                                       .00
SECURED                                     621.00
UNSECURED                                   291.32
    INTEREST                                174.18
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                        213.50
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 14792 ELDRIDGE ANDERSON III

```
DEBTOR REFUND                                                          .00
                                     ---------------     ---------------
TOTALS                                      3,500.00            3,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 06 B 14792 ELDRIDGE ANDERSON III